# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Tyrone Hunt,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>United States of America,<br><br>　　　　Defendant | Case No.: 2:14-cv-1520-JAD-PAL<br><br>**Order**<br>**Adopting Report and Recommendation**<br>**and Dismissing Case** |

　　　Magistrate Judge Leen entered a Report and Recommendation on February 24, 2014, recommending dismissal of plaintiff Tyrone Hunt's complaint. Doc. 6. Any objections were due February 28, 2015. Hunt has filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

. . .

. . .

. . .

1

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Leen's Report and Recommendation **[Doc. 6] is ACCEPTED and ADOPTED** in full.

It is further ORDERED that this case is **DISMISSED** for failure to state a claim upon which relief can be granted, and the Clerk of Court is instructed to close this case.

DATED March 11, 2015.

_____
Jennifer A. Dorsey
United States District Judge